UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDVANIO VALADARES FERREIRA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-11060-IT |
| | * | |
| DAVID WESLING, et al., | * | |
| | * | |
| Respondents. | * | |
| | * | |

MEMORANDUM & ORDER

March 4, 2026

TALWANI, D.J.

Petitioner Edvanio Valadares Ferreira is a Brazilian national who has been detained at the ICE Boston Field Office since March 2, 2026. Pet. ¶¶ 1, 20 [Doc. No. 1]. On March 2, 2026, Petitioner filed his Petition for Writ of Habeas Corpus [Doc. No. 1]. Petitioner contends that his "detention is governed solely by 8 U.S.C. § 1226(a), which requires a prompt, individualized custody hearing where [the Department of Homeland Security] bears the burden of proof." Pet. ¶ 28 [Doc. No. 1].

Respondents state "that the legal issues presented in this Petition are similar to those recently addressed by this Court in [Doe v. Moniz, 800 F. Supp. 3d 203 (D. Mass. 2025)]." Resp. to Habeas Pet. 1 [Doc. No. 6]. Respondents further note that "[s]hould the Court follow its reasoning in Doe, it would reach the same result here." Id.

The court finds the reasoning in Doe remains correct. Nothing in the record indicates that Petitioner was detained under 8 U.S.C. § 1225 rather than 8 U.S.C. § 1226. The Board of Immigration Appeals' decision in Matter of Yajure Hurtado, 29 I. & N. Dec. 216 (BIA 2025), is

unpersuasive and does not change the analysis. See Elias Escobar v. Hyde, No. 1:25-CV-12620-IT, 2025 WL 2823324, at *3 (D. Mass. Oct. 3, 2025) (citing cases reaching same conclusion).

The Petition for Writ of Habeas Corpus [Doc. No. 1] is therefore GRANTED as follows. No later than March 11, 2026, Petitioner must be provided a bond hearing pursuant to 8 U.S.C. § 1226 or, if the immigration judge declines to conduct a bond hearing based on Matter of Yajure Hurtado, Respondents shall so advise the court by that date so that this court may conduct the bond hearing. Any decision by the immigration judge to retain Petitioner in custody following a bond hearing pursuant to 8 U.S.C. § 1226 shall set forth the reasons for the continued detention. Respondents shall file a status report no later than March 13, 2026.

IT IS SO ORDERED.

March 4, 2026                                    /s/ Indira Talwani_____
                                                United States District Judge